UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:10-cr-535-T-26TBM | | DATE: | January 11, 2011 |
|---|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | **INTERPRETER:** | NA |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNEST BLANCO, JR. | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Terry Furr for Jeff Downing | |
| | | | **DEFENSE COUNSEL**<br>Yvette Gray, AFPD | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:15-10:25 | | **TOTAL:** | **PROBATION:** | |
| | | | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

[X] DEFENDANT PRESENT    [X] ADVISED OF CHARGES    [X] ARREST DATE: 1/11/11 (writ)
[X] DEFENDANT PROVIDED WITH COPY OF INDICTMENT; COURT SUMMARIZED CHARGES
[X] COURT ADVISES DEFENDANT OF RULE 5 RIGHTS
[X] FINANCIAL AFFIDAVIT FILED
[X] DEFENSE ATTORNEY: FPD APPOINTED
[X] GOVT POSITION ON RELEASE OR **DETENTION**: armed career criminal facing 15-life; has pending parole violations. Significant prior criminal history including at least two escape charges.
[X] DEFENDANT DOES NOT CONTEST DETENTION AT THIS TIME; reserves right to revisit if appropriate
[X] COURT ORDERS DEFENDANT DETAINED; counsel may revisit should circumstances warrant.

[X] INDICTMENT/INFORMATION FILED AND COPIED TO DEFENDANT
[X] DEFENDANT WAIVED READING OF INDICTMENT
[X] NOT GUILTY PLEA ENTERED AS TO COUNTS ___ALL___
[X] TRIAL SET FOR WEEKS OF ___March 2011 trial term___ before RAL
[X] STATUS CONFERENCE SET ___2/10/11 @ 9:00 a.m.___
[X] GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)
[ ] REFERRED TO MAGISTRATE JUDGE ___ FOR PRE-TRIAL DISCOVERY ORDER.
    (Copy of these minutes sent to magistrate judge CRD)
[X] PRE-TRIAL DISCOVERY ORDER to be electronically filed