UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DATE:   **March 29, 2011**

CASE NO.     8:10-cr-535-T-26TBM

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Jeff Downing<br>U.S. Attorney |
| vs. | |
| **ERNEST BLANCO, JR.**<br>**Defendant** | Mary Mills, AFPD<br>Attorney for Defendant |
| **HONORABLE RICHARD A. LAZZARA** | **DEPUTY CLERK**:   Susan Saylor |
| **COURT REPORTER**: Claudia Spangler-Fry | **INTERPRETER**  N/A |

**CRIMINAL MINUTES ON RE-ARRAIGNMENT**

TIME IN COURT: 11:00   AM                                    ( ) Interpreter Sworn

 (X) Plea Agreement filed    (X) Defendant Sworn        ( ) Counsel Waived

 (X) Plea of Not Guilty withdrawn and plea of **GUILTY** entered as to Count(s)  6
       of the **Indictment** / Information.

 ( ) Count(s) _____ to be dismissed by Government at sentencing.

 (X) Factual basis established.

 (X) **Written** / Oral   Plea accepted.

 (X) Adjudication of Guilt  made.

 (X) Pre-sentence Investigation and Report ordered.
         ( ) If Defendant on bond, Defendant referred to Probation Office.
         (X) If in custody, Probation Office notified to interview Defendant in jail.

 (X) Sentencing scheduled for  **June 10, 2011**  at **10:30 AM**  .

 ( ) Bond continued as previously set.

 ( ) Bond modified to:

 (X) Defendant remanded to custody of United States Marshal.

TIME OUT OF COURT: 11:55   AM