UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:10-cr-535-T-26TBM | DATE: | June 10, 2011 |
|---|---|---|---|
| **HONORABLE RICHARD A. LAZZARA** | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNEST BLANCO, JR. | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Jeff Downing | |
| | | **DEFENSE COUNSEL**<br>Mary Mills, AFPD | |
| COURT REPORTER: Claudia Spangler-Fry | | DEPUTY CLERK: | Susan Saylor |
| TIME: 10:15 - 10:30 & 10:45 - 11:00 | TOTAL: .30 | COURTROOM: | 15B |

**PROCEEDINGS:** MOTION HEARING RE: Deft's Motion [Dkt #40] to withdraw

Deft sworn - made a statement as to his request to dismiss counsel of record

Court: had court reporter print a rough draft of the guilty plea

Court: reviewed, and read into the record portions of the guilty plea transcript

Courts Orally grants the Defense Counsel Motion to withdraw as counsel of record as to her benefit and not to the benefit of the deft.  CRD Clerk to contact CRD for Magistrate Judge McCoun to appoint CJA counsel to represent deft at sentencing.  Sentencing is reset to August 12, 2011 at 9:30 a.m.