UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:  8:10-cr-535-T-26TBM                    Date:    August 12, 2011

U.S.A. vs.  Ernest Blanco, Jr. a/k/a Nestor Blanco

Honorable    RICHARD A. LAZZARA              Interpreter:    N/A

Court Reporter:  Sherrill Jackson              Courtroom Deputy:  Susan Saylor

Attorney(s) for Government:                   Attorney(s) for Defendant:
Terri Furr                                    Angelo Ferlita, CJA

Time:  9:30   -   10:47   =   1.17            Courtroom 15B

## CRIMINAL MINUTES - EVIDENTIARY SENTENCING REFORM ACT SENTENCING

X    Defendant sworn.                         USPO:   Chris Castellano

X    Defendant is adjudged guilty on count(s):   6 of the Indictment

_    Count(s)___ is/are dismissed pursuant to the Plea agreement.

X    Imprisonment: 360  Months

X    The Court recommends confinement: Coleman, FL
     ( )    Defendant to reside at a Community Sanctions Center.
     ( )    Defendant to participate in and receive drug and alcohol treatment & rehabilitation
            while incarcerated.
     ( )    Defendant participate in the 500 Hour Intensive Drug Program.

X    Supervised Release: 5 Years

_    Probation:

X    Fine:  waived     ( ) Yes   ( )  No, waived due to inability or amount of restitution.

_    Restitution:  N/A   See Criminal Monetary Penalties - Page 5 of Judgment for details.

X    Special Assessment:$100.00        As to Count(s)  6

Sentencing Minutes                                                                                                    Page Two

Case No:  8:10-cr-535-T-26TBM                                   Style:   USA  v.  Ernest Blanco, Jr.

X     Special Conditions of  ( ) Probation   (X) Supervised Release are:

( )     Defendant shall participate in the Home Detention Program for a period of _____.  During this time defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the P.O.

( )     Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding  the implementation of this court directive.  Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, the defendant is directed to submit to random drug testing.

( )     Defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the deft. shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

( )     The mandatory drug testing provisions are imposed.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the Probation Officer, not to exceed 104 tests per year.

(X )    The mandatory drug testing provisions are waived.  However, the Court authorizes random drug testing not to exceed 104 tests per year.

( )     The defendant shall provide the Probation Officer access to any requested financial information.

( )     The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the Probation Officer.

( )     Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the appropriate governmental authority.

( )     Defendant shall perform _____ hours of community service.

(X )    Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

( )     The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his Probation Officer.

( )     The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

( )     The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

( )     The defendant is prohibited from possessing, subscribing to, or viewing any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

( )     The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer.  This includes access through any Internet service provider, bulletin board system, or any public or private computer network systems. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition.  This inspection shall be no more intrusive than is necessary to ensure compliance with this condition.  The defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

( )     The defendant shall submit to a search of his person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

( )     Forfeiture:

Sentencing Minutes                                                                 Page Three

Case No:  8:10-cr-535-T-26TBM                    Style:   USA  v.  Ernest Blanco, Jr.

| | |
|---|---|
| X | Defendant is remanded to custody of U.S. Marshal. |
| __ | Defendant to surrender to ( ) designated institution as notified by U.S. Marshal |
|   | ( ) at _____ ( ) on _____ ( ) not before _____ |
| X | Defendant advised of right to appeal and to counsel on appeal. |
| X | Notice concerning Special Assessment/Fine/Restitution Payments furnished to counsel for Defendant. |
| __ | Government's Motion for Downward Departure is  GRANTED / DENIED by the Court.  The Court departs downward __ levels. |
| __ | Defendant's Oral Motion for Downward Departure is GRANTED / DENIED.  Court departs downward __ levels. |
| __ | Government's Oral Motion for Downward Variance  is   GRANTED / DENIED by the Court. |
| __ | Defendant's Oral Motion for Downward Variance is GRANTED / DENIED by the Court. |
| __ | Oral Motion to Continue Sentencing by the Government / Defendant is orally  GRANTED/DENIED  by the Court. |
| __ | Motion (Dkt.   ) to Continue Sentencing by the Government/Defendant is GRANTED/DENIED by the Court.  Order to follow. |
|   | Sentencing reset for: |

OTHER:    Govt calls witness: Agent Estepianan (Sworn & testified), Cross examination,
                Deft calls Deft (Sworn & testified), Cross examination
                Defts Wife & Son spoke on his behalf


GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level:                   36

Criminal History Category:             VI

Imprisonment Range:        324      to        405      months

Supervised Release Range:        3      to        5      years

Fine Range: $20,000              to        $200,000

Restitution:$ N/A            Special Assessment: $100.00

  X    Defendant is found indigent for purposes of appeal and Angelo Ferlita, CJA
         is appointed to represent the defendant should he wish to pursue an appeal.

____   All the defendant's property, taken at time of arrest, has been returned except any official
         papers which will be turned over to ICE at the completion of his sentence for use in
         deportation proceedings.

____   The following property has not been returned to the defendant: